**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUTHWALLET, LLC,** *Plaintiff,* | § | |
| **v.** | § | **MO:24-CV-00064-DC** |
| **AMARILLO NATIONAL BANK,** *Defendant.* | § | |

**ORDER**

Before the Court is United States Magistrate Judge Derek T. Gilliland's Report and Recommendation (Doc. 82) concerning Defendant Amarillo National Bank's Counterclaim and Third-Party Complaint for Declaratory Judgment (Doc. 28), Plaintiff's Answer to Crossclaim and Counterclaim (Doc. 55), and the Third-Party Defendant Todd Coulter's Motion to Dismiss Third-Party Complaint, Crossclaim, and Counterclaim (Doc. 32), as well as several other pending, relevant motions (Docs. 32, 34, 36, 38, 39, 42, 43, 45, 46, 54, 64, 66, 67, 73).

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding none, the Court **ADOPTS** the R&R and **ORDERS** as follows: Defendant Amarillo National Bank's counterclaim against Plaintiff AuthWallet, LLC (Doc. 28) is **STRICKEN** as untimely; Defendant Amarillo National Bank's third-party complaint against Third-Party Defendant Todd Coulter (Doc. 28) is **DISMISSED WITHOUT PREJUDICE**; Plaintiff AuthWallet, LLC's counterclaim against Coulter (Doc. 55) is **DISMISSED WITHOUT PREJUDICE**; and Coulter's counterclaim and crossclaim (Doc. 32) are **DISMISSED WITHOUT PREJUDICE**. All pending motions (Docs. 32, 34, 36, 38, 39, 42, 43, 45, 46, 54, 64, 66, 67, 73) are **DENIED AS MOOT**.

All claims and parties having been disposed of, a final judgment shall issue separately.

It is so **ORDERED**.

SIGNED this 13th day of August, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE